46

Submitted on petition for review filed March 3, petition for review allowed, decision of the Court of Appeals vacated and case remanded to the Court of Appeals April 21, 1995
See 135 Or App 561, 900 P2d 529 (1995)

STATE OF OREGON,
*Respondent on Review,*

*v.*

DEREK JAY CANNON,
*Petitioner on Review.*

(CC C 910933 CR; CA A75456; SC S42078)

892 P2d 697

Jeff Price, Los Angeles, California, filed the petition on behalf of the petitioner on review.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated and the case is remanded to the Court of Appeals for consideration in the light of *State v. Kephart*, 320 Or 433, 887 P2d 774 (1994).